UNITED STATES of America, Plaintiff–Appellee,

v.

Hermilo AGUILAR–AGUILAR, Defendant–Appellant.

No. 98–50612.

D.C. No. CR–98–00692–WBE.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 7, 2002.*

Decided Oct. 15, 2002.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

MEMORANDUM**

Hermilo Aguilar–Aguilar appeals his conviction pursuant to his guilty plea and his sentence for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Aguilar–Aguilar has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Aguilar–Aguilar has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75,

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is GRANTED.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.